UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

| | | |
|---|---|---|
| INEZ SHERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3: 15-43-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| CHRIS BYRD, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the defendants with respect to all issues raised in this proceeding.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 26th day of October, 2015.



Signed By:
Gregory F. Van Tatenhove
United States District Judge

1